| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Kronstadt, John A. | 2. Court or Organization U.S. District Court for the Central District of California | 3. Date of Report 09/19/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 1/1/2012 to 12/31/2012 |

**7. Chambers or Office Address**

255 East Temple Street
Room 760
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #2 |
| 2. Director and Member of Executive Committee | Constitutional Rights Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Los Angeles County Superior Court Salary and Benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizons Mid Cap Equity Fund | E | Int./Div. | M | T | | | | | |
| 2. Horizons Large Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 3. Horizons Stable Income | A | Int./Div. | K | T | | | | | |
| 4. Los Angeles County Stable Balanced Fund | D | Int./Div. | M | T | | | | | |
| 5. Los Angeles County Stable Value Fund | B | Int./Div. | M | T | | | | | |
| 6. Allianz NFJ Mutual Fund | A | Int./Div. | K | T | | | | | |
| 7. Black Rock Large Cap Value Mutual Fund | A | Int./Div. | M | T | | | | | |
| 8. Columbia Marsico 21st Mutual Fund | A | Int./Div. | | | Sold | 04/26/12 | M | D | |
| 9. Henderson International Mutual Fund | A | Int./Div. | L | T | | | | | |
| 10. Nuveen Tradewinds Global Mutual Fund | D | Int./Div. | | | Sold | 04/26/12 | M | D | |
| 11. ML Winton Futures Access Mutual Fund | | None | M | T | | | | | |
| 12. Vanguard Health Care VGHAX | B | Int./Div. | M | T | | | | | |
| 13. | | | | | | | | | |
| 14. Vanguard Bond VBIRX | C | Int./Div. | M | T | | | | | |
| 15. Vanguard Money Market VMMXX | A | Int./Div. | J | T | | | | | |
| 16. Brideway Fund BRSGX | A | Int./Div. | J | T | | | | | |
| 17. CGM Focus Fund CGMFX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CGM Tr Fund LOMMX | A | Int./Div. | J | T | | | | | |
| 19. CGM Realty CGMRX | A | Int./Div. | K | T | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. DOW | A | Int./Div. | J | T | | | | | |
| 24. INTC | A | Int./Div. | K | T | | | | | |
| 25. IBM | A | Int./Div. | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. Los Angeles County Horizons Non-US Equity | B | Int./Div. | K | T | | | | | |
| 28. Los Angeles County Horizons Small Cap Equity | D | Int./Div. | K | T | | | | | |
| 29. Los Angeles County Horizons Midcap Equity | D | Int./Div. | L | T | | | | | |
| 30. Los Angeles County Horizons Non US Equity | B | Int./Div. | K | T | | | | | |
| 31. Los Angeles County Horizons Small Cap Equity | C | Int./Div. | K | T | | | | | |
| 32. Los Angeles County Savings Large Cap Equity | E | Int./Div. | N | T | | | | | |
| 33. Los Angeles County Savings Balanced Fund | D | Int./Div. | M | T | | | | | |
| 34. Los Angeles County Horizons Stable Income Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cal. Judges Retirement System Pension Plan | | None | O | T | | | | | |
| 36. University of California Savings Fund | A | Int./Div. | J | T | | | | | |
| 37. University of California Equity Fund | A | Int./Div. | K | T | | | | | |
| 38. TIAA CREF Stock | A | Int./Div. | J | T | | | | | |
| 39. TIAA CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 40. TIAA CREF Growth | A | Int./Div. | J | T | | | | | |
| 41. TIAA CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 42. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 43. State of California SMBIA Bonds | A | Int./Div. | K | T | | | | | |
| 44. State of California Public Works Board Bond | A | Int./Div. | K | T | | | | | |
| 45. Merrill Lynch Money Market | A | Int./Div. | J | T | | | | | |
| 46. Franklin California High Yield Municipal Fund | D | Int./Div. | N | T | | | | | |
| 47. Oppenheiumer International Bond Fund OIBCX | B | Int./Div. | K | T | | | | | |
| 48. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. PowerShares QQQ Trust | A | Int./Div. | L | T | | | | | |
| 51. ABT | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AXP | A | Int./Div. | K | T | | | | | |
| 53. AMGN | A | Int./Div. | K | T | | | | | |
| 54. T | A | Int./Div. | J | T | | | | | |
| 55. BAC | A | Int./Div. | J | T | | | | | |
| 56. CVX | A | Int./Div. | J | T | | | | | |
| 57. XOM | A | Int./Div. | J | T | | | | | |
| 58. MHS | A | Int./Div. | J | T | | 04/12/12 | | | |
| 59. ESRX | A | Int./Div. | J | T | Spinoff (from line 58) | 04/12/12 | J | | |
| 60. MSFT | A | Int./Div. | K | T | | | | | |
| 61. MON | A | Int./Div. | J | T | | | | | |
| 62. PG | B | Int./Div. | K | T | | | | | |
| 63. | | | | | | | | | |
| 64. SJM | A | Int./Div. | J | T | | | | | |
| 65. UPS | A | Int./Div. | J | T | | | | | |
| 66. WMT | A | Int./Div. | K | T | | | | | |
| 67. Vanguard 529 College Savings Plan Moderate Age-Based Option | A | Int./Div. | J | T | | | | | |
| 68. Vanguart 529 College Savings Plan Agressive Age-Based Option | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DODFX | A | Int./Div. | J | T | | | | | |
| 70. HD | A | Int./Div. | J | T | | | | | |
| 71. IBM | A | Int./Div. | J | T | | | | | |
| 72. MON | A | Int./Div. | J | T | | | | | |
| 73. TXN | A | Int./Div. | J | T | | | | | |
| 74. QCOM | A | Int./Div. | J | T | | | | | |
| 75. Vanguard Health Care VGHCX | A | Int./Div. | K | T | | | | | |
| 76. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |
| 77. Vanguard Money Market VMMXX | A | Int./Div. | J | T | | | | | |
| 78. Alameda County California Pension Obligation Bonds (I) | A | Int./Div. | | | Redeemed | 12/03/12 | K | C | |
| 79. Alameda County California Pension Obligation Bonds (II) | | None | K | T | | | | | |
| 80. Union Bank Investment Services Sweep Account | A | Int./Div. | L | T | | | | | |
| 81. American Funds Money Market Fund 529-B | A | Int./Div. | L | T | | | | | |
| 82. American Funds Balanced Fund 529-E | A | Int./Div. | J | T | | | | | |
| 83. Conejo VY Calif. Uni. Sch. Dist Bonds | | None | K | T | | | | | |
| 84. Alameda Cal. Uni. Sch. Dist Bonds | | None | K | T | | | | | |
| 85. San Francisco City and County Redevelopment Bonds | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bruce Fund Mutual Fund | A | Int./Div. | K | T | | | | | |
| 87. Northwest Mutual Life Insurance | C | Int./Div. | L | T | | | | | |
| 88. Lincoln Financial Group American Legacy II Variable Annuity | | None | M | T | | | | | |
| 89. Putnam Hartford Capital Manager Variable Annuity | | None | L | T | | | | | |
| 90. Round Hill Partnership (Real Property) | D | Distribution | L | W | | | | | |
| 91. Union Bank of California Cash Account | A | Interest | M | T | | | | | |
| 92. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 93. Wellsley Income Fund VWINX | B | Int./Div. | K | T | | | | | |
| 94. Vanguard 500 Index Fund VFIAX | C | Int./Div. | M | T | | | | | |
| 95. - 1111 Spring St. Partnership | C | Distribution | | | Distributed | 12/03/12 | J | D | |
| 96. - Round Hill Partnership (Real Estate) Appraisal 12/30/2009 | D | Distribution | M | Q | | | | | |
| 97. - Country Club Offices Part. (Real Est.) Appraisal 12/30/09 | A | Distribution | J | Q | | | | | |
| 98. - Penn Center Limited Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | M | Q | | | | | |
| 99. - Potomac Place Assoc. Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | L | Q | | | | | |
| 100. MetLife Insurance (X) | | None | J | T | | | | | |
| 101. Met Life Variable Annuity | | None | N | T | | | | | |
| 102. GNMA Pool | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Moduslink Global Solutions MLNK | | None | J | T | | | | | |
| 104. BRSGX | A | Int./Div. | J | T | | | | | |
| 105. One America Asset Care Long Term Care | A | Int./Div. | M | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. Trust #2 | | | | | | | | | |
| 109. Davenport & Co. Prime Cash Trust | A | Int./Div. | L | T | | | | | |
| 110. | | | | | | | | | |
| 111. ASPCX | C | Dividend | M | T | Buy | 04/23/12 | L | | |
| 112. ASPCX | | | | | Buy (add'l) | 04/24/12 | J | | |
| 113. FEGOX | | None | K | T | Buy | 04/23/12 | K | | |
| 114. FEGOX | | None | | | Buy (add'l) | 04/24/12 | J | | |
| 115. PAUCX | C | Dividend | M | T | Buy | 04/23/12 | L | | |
| 116. PAUCX | | | | | Buy (add'l) | 04/24/12 | J | | |
| 117. TEGBX | C | Dividend | L | T | Buy | 04/23/12 | J | | |
| 118. TEGBX | | | | | Buy (add'l) | 04/24/12 | J | | |
| 119. OGMCX | | None | K | T | Buy | 04/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. OGMCX | | | | | Buy (add'l) | 04/24/12 | J | | |
| 121. ODVCX | | None | L | T | Buy | 04/23/12 | K | | |
| 122. ODVCX | | | | | Buy (add'l) | 04/24/12 | J | | |
| 123. AFJCX | A | Dividend | L | T | Buy | 04/27/12 | J | | |
| 124. MCLVX | B | Dividend | L | T | | | | | |
| 125. HFOCX | | None | L | T | | | | | |
| 126. FCAHX | D | Dividend | N | T | | | | | |
| 127. OIBCX | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 09/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to the September 10, 2013 Letter of Inquiry, I provide the following information:

1. Regarding the Alameda County California Pension Obligation Bonds, I have determined that I owned three different issues of the same type of bond. One was sold in 2011, as reported in my 2011 report. Another was sold in 2012, as reported in this Amended Report, and the third is still owned as reported in this Amended Report.

2. On line 104 of the 5/24/2013 Report, there is a reference to One America Asset Long Term Care. This asset was inadvertantly omitted from my prior report. It was acquired on August 29, 2011 at a value code of M. Its value as of 12/31/2011 was also value code M.

3. On lines 124-127, the holdings were inadvertantly omitted from the initial report. They were acquired as follows: MCLVX (4/2/08), Value Code M; HFOCX (4/2/08), Value Code L; FCAHX (5/30/06), Value Code G; OIBCX (5/30/06), Value Code K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Kronstadt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544